# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Network Signatures, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Astrazeneca Pharmaceuticals LP, )<br>)<br>Defendant(s). )<br>)<br>_____ ) | SACV 11-00595 JVS (AGRx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: July 13, 2011

_____
James V. Selna
United States District Judge